PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YU SUN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-01581-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 28, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") has scheduled interviews for Plaintiffs on May 28, 2025. Following the interviews, the agency will work diligently towards completing adjudication of Plaintiffs' applications, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

1  July 28, 2025, at which time the parties will file a joint status report with the Court. At that time, the
2  parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
3  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
4  case will benefit the parties and conserve the Court's resources while the parties pursue a potential
5  administrative resolution.

Dated:                                            Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney


 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:

 /s/ Christina S. Castro
CHRISTINA S. CASTRO
HACKING IMMIGRATION LAW, LLC
Attorney for Plaintiffs


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 30, 2025

HON. SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.